TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00712-CV

Guadalupe Valley Telephone Cooperative, Inc., Appellant

v.

John Neal Jones and Elsie Lee Jones, Appellee

FROM THE COUNTY COURT AT LAW OF COMAL COUNTY

NO. 91CV-199, HONORABLE SOLOMON CASSEB, JR., JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint agreed motion to dismiss the appeal. Tex. R. App.
P. 42.1(a)(1). We grant the motion and dismiss the appeal.

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: January 15, 1998 

Do Not Publish